# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**SHIRLEY WILLIAMS**   PLAINTIFF

**VS.**   **CIVIL ACTION NO.: 4:17-CV-192-GHD-JMV**

**DOLLAR GENERAL STORE**   DEFENDANT

## ORDER STAYING CERTAIN PROCEEDINGS

This case comes before the Court pursuant to L.U.Civ.R. 16(b)(1)(B). The rule provides in pertinent part that

> [a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand . . . issue and will stay the parties' obligation to make disclosures pending the court's ruling on the [remand] motion[].

Plaintiff filed a motion to remand [5] on December 28, 2017. Accordingly, it is

**ORDERED:**

That the above-referenced proceedings and the case management conference are hereby **STAYED** pending a decision on the remand issue. The parties shall notify the undersigned magistrate judge within seven (7) days of the Court's ruling in the event the motion to remand is denied.

**THIS**, the 3rd day of January, 2018.

/s/ Jane M. Virden
**U. S. MAGISTRATE JUDGE**